```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10  LARRY GANNER,
11              Plaintiff,                  No. CIV S-08-1848 KJM P
12       vs.
13  LAW CLERKS OF THE SAN
    JOAQUIN COUNTY JAIL, et al.,
14
                Defendants.                 ORDER
15                                     /
16
17              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
18  to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28
19  U.S.C. § 1915.  However, the certificate portion of the request which must be completed by
20  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a
21  certified copy of his prison trust account statement for the six month period immediately
22  preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the
23  opportunity to submit a completed in forma pauperis application and a certified copy in support
24  of his application.
25  /////
26  /////
```

1         In accordance with the above, IT IS HEREBY ORDERED that:

2         1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

        2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

        3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: August 25, 2008.

_____
U.S. MAGISTRATE JUDGE

/ke
gann1848.3c+new