1
2
3
4
5
6
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LARRY GANNER,

11          Plaintiff,                    No. CIV S-08-1848 KJM P

12      vs.

13  LAW CLERKS OF THE SAN
    JOAQUIN COUNTY JAIL, et al.,
14
            Defendants.              ORDER
15  _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17  to 42 U.S.C. § 1983.  On August 26, 2008, plaintiff was directed to submit an application to

18  proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma

19  pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, obtained the certification

20  required on the application form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

21  opportunity to submit the completed application and the certified copy in support of his

22  application to proceed in forma pauperis.

23  /////
24  /////
25  /////
26  /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, the certification required on the application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
gann1848.3e

2